Marie Martin Kerr, 7808
Kerr IP Group, LLC
1695 Meadow Wood Lane, Suite 200
Reno, NV 89502
Tel: 775-624-8700
Fax: 775-622-0686
mmk@kipg.com

Attorneys for Defendant/Counter-Claimant,
DIGIDEAL CORPORATION,
a Nevada corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., a Minnesota corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>  vs.<br><br>DIGIDEAL CORPORATION, a Nevada corporation,<br><br>    Defendant/Counter-Claimant, | Case No.: 2:12-cv-01782-GMN-VCF<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**Judge:  Hon Cam Ferenbach**<br>         **United States Magistrate Judge** |

Pursuant to Fed. R. Civ. P. 26(f), the parties met and conferred on November 6, 2013 regarding scheduling following the filing of a counter-complaint on October 9, 2013.  At this time, the parties do not propose changes to the scheduling order of March 14, 2013.

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**                                                                1

Respectfully Submitted,

                            Dated: November 21, 2013

                            By:  ___/s/Marie Martin Kerr_____
                            Kerr IP group, LLC
                            Attorneys for Defendant/Counter-Claimant

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  _____11-27-2013_____

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**      2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**PROOF OF SERVICE**
SHFL ENTERTAINMENT, INC. V. DIGIDEAL CORPORATION
Case No. 2:12-cv-01782-GMB-VCF

      Pursuant to Fed. Rule Civ. Proc. 5, I hereby certify that I served a true and correct copy of the foregoing STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER via the Court's ECF system on November 25, 2013 upon the following parties:

| | |
|---|---|
| Kimball R. Anderson | James J. Pisanelli |
| Howard I. Shin | Christopher R. Miltenberger |
| Winston & Strawn, LLP | Eric T. Aldrian |
| 35 West Wacker Drive | Pisanelli Bice PLLC |
| Chicago, IL  60601 | 3883 Howard Hughes Parkway, Suite 800 |
| | Las Vegas, NV  89169 |

Executed on November 25, 2013

                                Signed:  _/s/ Julie Dawes____
                                       Kerr IP Group, LLC