UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

SHFL ENTERTAINMENT, INC.,

        Plaintiff,

vs.

DIGIDEAL CORPORATION,

        Defendant.

2:12–cv–1782–GMN–VCF

**ORDER**

      Before the court are Defendant DigiDeal's motion to stay (#81) and Plaintiff SHFL's motions for leave to file a surreply (#86), motions to compel (#96, #97), and motion to seal (#98). On April 17, 2014, the parties stipulated to a stay, which the court approved. (*See* Docs. #100, #101). Consequently, DigiDeal's motion to stay (#81) and SHFL's motion for leave (#86) are denied as moot. Additionally, SHFL's motions to compel (#96, #97) are denied with leave to renew after the stay is lifted.

      Finally, SHFL moves the court to seal exhibit four to its motion to compel. (*See* Doc. #96-4). Under the Ninth Circuit's decision in *Kamanakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006), parties may seal documents related to non-dispositive motions for "good cause." SHFL argues that the exhibit should be sealed because it contains highly-sensitive, "non-public information concerning its business operations, and licensing arrangements with third parties." (Pl.'s Mot. to Seal (#98) at 3:22–23). This satisfies *Kamanakana's* good cause standard. *See Kamanakana*, 447 F.3d at 1180.

/// /// ///

/// /// ///

/// /// ///



1

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that DigiDeal's motion to stay (#81) is DENIED AS MOOT.

IT IS FURTHER ORDERED that SHFL's motion for leave (#86) is DENIED AS MOOT.

IT IS FURTHER ORDERED that SHFL's motions to compel (#96, #97) are DENIED with leave to renew after the stay is lifted.

IT IS FURTHER ORDERED that SHFL's motions to seal (#98) is GRANTED.

IT IS SO ORDERED.

DATED this 17th day of April, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE