**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., | |
| Plaintiff, | 2:12-cv-01782-GMN-VCF |
| vs. | **ORDER LIFTING STAY** |
| DIGIDEAL CORPORATION, | |
| Defendant. | |

 Before the court is Plaintiff's Motion to Lift Stay (#117) and Defendant's Response (#118). On April 17, 2014, the court ordered a stay of these proceedings (#101), pursuant to the stipulation of the parties (#100). The U. S. Patent and Trademark Office has completed the reexaminations of asserted patents requested by the defendant. The parties agree that the stay should be lifted.

 Plaintiff maintains, however, that "this case is now ready to proceed where it left off . . .", (#117, p.2), while defendant maintains that "import of SHFL's reexamined and reissued patents-in-issue" requires refocusing of the litigation. Defendant argues that, rather than proceeding with the case where it left off at the time of the stay, the litigation should now focus on, "a dispositive adjudication of this matter in favor of DigiDeal precisely because every one of the allegations of patent infringement leveled by SHFL against DigiDeal are defunct." (#118 at p.1 and p.2).

 Accordingly,

 IT IS HEREBY ORDERED that the Motion to Lift Stay (#117) is GRANTED.

 IT IS FURTHER ORDERED that an appropriate request for dispositive adjudication based on the results of the reexamination of the patents-in-issue must be filed on or before on or before January 8, 2016, to be briefed in the ordinary course.

If such a dispositive motion is filed, and fully briefed, the court will then decide that motion and, if appropriate, enter its Claim Construction Order.

IT IS FURTHER ORDERED that within 30 days of entry of a Claims Construction Order, the parties must file a stipulation, in accordance with LR 16.1, setting forth deadlines, to the extent possible, for completing: (1) Proposed dates for a Post-claim construction settlement conference by Magistrate Judge, (2) Close of fact discovery, (3) Opening expert reports, (4) Interim status report, (5) Rebuttal expert reports, (6) Close of expert discovery, (7) Last day to file dispositive motions, (8) Joint pretrial order, and (9) Proposed dates for a Pretrial settlement conference.

DATED this 18th day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE