# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., | |
| Plaintiff, | 2:12-cv-01782-GMN-VCF |
| | **ORDER** |
| vs. | |
| DIGIDEAL CORPORATION, | |
| Defendants. | |

Before the court is Plaintiff SHFL Entertainment, Inc.'s Motion for Rule 16 Pretrial Conference (#122).

IT IS HEREBY ORDERED that any opposition to Plaintiff SHFL Entertainment, Inc.'s Motion for Rule 16 Pretrial Conference (#122) must be filed or before January 19, 2016.  No reply necessary.

DATED this 11th day of January, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE