# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., | |
|       Plaintiff, | 2:12-cv-01782-GMN-VCF |
| vs. | **ORDER** |
| DIGIDEAL CORPORATION, | |
|       Defendant. | |

Before the court is Plaintiff SHFL Entertainment, Inc.'s Motion for Rule 16 Pretrial Conference (#122). On January 8, 2016, Defendant filed a Motion for Summary Judgment on First Amended Complaint; and Motion to Vacate Injunctive Relief. (#s 123 and 124); thus, holding a Rule 16 Conference is premature at this time.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff SHFL Entertainment, Inc.'s Motion for Rule 16 Pretrial Conference (#122) is DENIED without prejudice with leave to renew after the entry of order deciding the Motion for Summary Judgment on First Amended Complaint; and Motion to Vacate Injunctive Relief. (#s 123 and 124).

DATED this 10th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE