# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., | |
| Plaintiff, | 2:12-cv-01782-GMN-VCF |
| vs. | **ORDER** |
| DIGIDEAL CORPORATION, | |
| Defendant. | |

Before the court is the Motion for Leave to File Under seal Exhibit in Support of Plaintiff SHFL Entertainment Inc.'s Opposition to Defendant's Motion for Summary Judgment (#131).

The time to oppose has passed. To date, no opposition has been filed. Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion." Here, it would seem that the other parties have consented to the granting of the motion.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Motion for Leave to File Under seal Exhibit in Support of Plaintiff SHFL Entertainment Inc.'s Opposition to Defendant's Motion for Summary Judgment (#131) is GRANTED.

DATED this 19th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE