**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., a Minnesota corporation, | |
| Plaintiff, | Case No.: 2:12-cv-01782-GMN-(VCF) |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF SHFL ENTERTAINMENT, INC.'S EMERGENCY MOTION TO SHORTEN TIME** |
| DIGIDEAL CORPORATION, a Nevada corporation, | |
| Defendant. | |

On April 20, 2015, SHFL filed a motion to shorten the response date to SHFL's motion to extend the time for filing the notice of appeal and the date to determine SHFL's motion at any time before April 27, 2016. Having fully considered the submission, the Court hereby orders that the motion is GRANTED. The deadline for any response brief to SHFL's motion is April 25, 2016, any reply brief is due April 26, 2016, and the Court will determine the Motion on or before April 27, 2016. No hearing date was requested.

IT IS SO ORDERED.

Dated: April 21, 2016

_____,
Hon. Gloria M. Navarro
United States District Court Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF SHFL ENTERTAINMENT, INC.'S
EMERGENCY MOTION TO SHORTEN TIME
CASE NO.: 2:12-CV-01782-GMN-(VCF)

Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703