**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> DIGIDEAL CORPORATION ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:12-cv-1782-GMN-VCF <br><br> **ORDER** |

Pending before the Court is the Amended Report and Recommendation of United States Magistrate Judge Cam Ferenbach, (ECF No. 165), which states that Defendant Digideal Corporation's Motion for Attorney Fees, (ECF No. 147), should be denied.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

/ / /

/ / /

1    Here, no objections were filed, and the deadline to do so has passed.

2    Accordingly,

3    **IT IS HEREBY ORDERED** that the Amended Report and Recommendation, (ECF
4    No. 165), is **ACCEPTED and ADOPTED in full.**

5    **IT IS FURTHER ORDERED** that Defendant Digideal Corporation's Motion for
6    Attorney Fees, (ECF No. 147), is **DENIED**.

8    **DATED** this __19__ day of September, 2016.

                                                    _____
                                                    Gloria M. Navarro, Chief Judge
                                                    United States District Court