# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIGIDEAL CORPORATION, <br><br> Defendant. | 2:12-cv-01782-GMN-VCF <br> **MINUTE ORDER** |

Before the Court is the Motion for Leave to Withdraw as Counsel of Record for Defendant/Counterclaimant Digideal Corporation (ECF No. 169).

IT IS HEREBY ORDERED that a hearing on the Motion for Leave to Withdraw as Counsel of Record for Defendant/Counterclaimant Digideal Corporation (ECF No. 169) is scheduled for 11:30 a.m., October 7, 2016, in Courtroom 3D.

DATED this 4th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE