Kimball R. Anderson (admitted *pro hac vice*)
kanderson@winston.com
Howard I. Shin (admitted *pro hac vice*)
hshin@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone: 312-558-5600
Facsimile: 312-558-5700

James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
M. Magali Calderon, Esq., Bar No. 11742
mmc@pisanellibice.com
PISANELLI BICE PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone: 702-214-2100
Facsimile: 702-214-2101

*Attorneys for Plaintiff SHFL entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., a Minnesota corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DIGIDEAL CORPORATION, a Nevada corporation,<br><br>　　　　　　　　　Defendant. | Case No.: 2:12-cv-01782-GMN-(VCF)<br><br>**PLAINTIFF SHFL ENTERTAINMENT, INC.'S MOTION TO APPEAR TELEPHONICALLY** |

On October 4, 2016, the Court ordered a hearing on counsel's Motion for Leave to Withdraw as Counsel of Record for Defendant/Counterclaimant DigiDeal Corp. [Dkt. No. 169]. The hearing is scheduled this Friday, October 7, 2016 at 11:30 a.m. PST, in Courtroom 3D. Plaintiff SHFL entertainment, Inc. moves this Court to allow its lead counsel, Kimball R . Anderson, to appear telephonically at the hearing. In support, SHFL states the following:

　　　　1.　　The parties received notice of the hearing on October 4, 2016, three days before the hearing is scheduled to occur.

2. Mr. Anderson, SHFL's lead trial counsel, is admitted *pro hac vice* and resides and works outside of Nevada. The accommodation of a telephonic hearing appearance will save SHFL travel expenses associated with attendance at a hearing, and enable counsel to meet additional obligations the day of the hearing.

3. The scheduled hearing concerns a motion filed by Defendant DigiDeal Corp.'s counsel to withdraw from its representation of DigiDeal. [Dkt. No. 169.] SHFL responded that SHFL opposed counsel's withdrawal to the extent that once counsel withdrew, DigiDeal would have no representation in the pending appeal before the Federal Circuit. [*See* Dkt. No. 172.] Should DigiDeal retain replacement counsel, SHFL does not oppose withdrawal.

4. Unless instructed otherwise, SHFL's counsel will call the Court's chambers at the date and time ordered above, and may also be reached directly at (312) 558-5858.

Based on the foregoing, SHFL respectfully requests this Court grant SHFL's Motion to Appear Telephonically at the October 7, 2016 hearing.

DATED: October 5, 2016            By:   /s/ *Kimball R. Anderson*

Kimball R. Anderson (admitted *pro hac vice*)
kanderson@winston.com
Howard I. Shin (admitted *pro hac vice*)
hshin@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700

James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
M. Magali Calderon, Esq., Bar No. 11742
mmc@pisanellibice.com
PISANELLI BICE PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone: 702-214-2100
Facsimile: 702-214-2101

*Attorneys for Plaintiff SHFL entertainment, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF SHFL ENTERTAINMENT, INC.'S MOTION TO APPEAR TELEPHONICALLY** was served by the Court's ECF system on October 5, 2016, upon the following:

> James D. Boyle, Esq.,
> HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON
> 400 South 4th Street, 3rd Floor
> Las Vegas, Nevada 89101
> Telephone:  702-791-0308
> Facsimile: 702-791-1912
> jboyle@nevadafirm.com
>
> *Attorney for DigiDeal Corporation*

/s/  Kimball R. Anderson

Mr. Anderson may appear telephonically.  The call in telephone number is (888)273-3658, access code: 3912597.  The call must be made 5 minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  10-6-2016