# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHFL ENTERTAINMENT, INC., a Minnesota corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DIGIDEAL CORPORATION, a Nevada corporation,<br><br>　　　　　　Defendant. | 2:12-cv-01782-GMN-VCF<br>**REPORT AND RECOMMENDATION** |

　　　Before the court is *SHFL Entertainment, Inc. v Digideal Corporation*, case number 2:12-cv-01782-GMN-VCF.

　　　This case has been remanded from the Ninth Circuit. The Ninth Circuit held that, the district court correctly found the case moot as to the cancelled claims of the '935 patent. Suits based on cancelled claims must be dismissed for lack of jurisdiction. The Ninth Circuit also held that this court must determine whether the new and amended claims that emerged from the reexaminations of the two patents were substantially identical to the claims originally asserted in the action. Summary judgment as to those claims was reversed, and the case was remanded for further proceedings. (ECF No. 143).

　　　On June 30, 2018, Chief Judge Navarro ordered the parties to file renewed summary judgment motions on or before July 23, 2018. (ECF NO. 182). The parties failed to timely file their renewed summary judgment motions.

　　　On September 13, 2018, the undersigned ordered SHFL to address why this case should not be dismissed for lack of prosecution or failure to follow the court's order. (ECF No. 183).

SHFL responded and explained that due to the bankruptcy proceedings, including the discharge of SHFL's claims and the denial of DigiDeal's Motion for Attorney's Fees, dismissal of this action is appropriate. (ECF No. 184).

Pursuant to 28 U.S.C. § 1331, federal district courts have jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." Federal Rule of Civil Procedure 1 states that, these rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.

Here, the court has reviewed the First Amended Plan of Reorganization. (ECF No. 184, Exhibit C). The claims asserted by SHFL were addressed and discharged. Defendant and Counter Claimant Digideal has not filed any document with the court indicating that it has retained new counsel in this matter. Nothing has been filed by Digideal since October 2016. As a result of the bankruptcy proceedings which discharged SHFL's claims, the court finds that dismissal of this action is appropriate.

Accordingly,

IT IS HEREBY RECOMMENDED that this case be dismissed.

IT IS HEREBY ORDERED that the show cause hearing scheduled for October 4, 2018, is VACATED.

DATED this 2nd day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE